# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-4073
_____

TIMOTHY HANNER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

May 3, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Hanner, pro se, Appellant.

Ashley Moody, Attorney General, Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.